IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEXANDER BAKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-CV-741-X-BK |
| | § | |
| ANITA TAPIA, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The plaintiff, Alexander Baker, filed a *pro se* complaint against his landlord and management staff in this court and styled his case as a civil rights suit under "Housing/Accommodations" provisions. The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. The Magistrate Judge recommends dismissing Mr. Baker's claims because he has failed to establish federal jurisdiction over them. Mr. Baker filed a one-paragraph objection, stating generally that he is unsure if he has filed his case in the correct court.

The Court has reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, the Court will dismiss Mr. Baker's claims. Although the Court today dismisses Mr.

Baker's case here in federal court, nothing about that will preclude Mr. Baker from filing his claims in the appropriate state civil court.

**SO ORDERED** this 6th day of September, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE